## RATTLER v. STATE.
### No. 25416.

Court of Criminal Appeals of Texas.
Oct. 24, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the penalty is a fine of $100.00.

The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment is affirmed.